**FILED**

NOV 1 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                           No CV-09-80184 MISC VRW

Jack Tipton Holland,
                                                      ORDER
     State Bar No 66214

_____/

     On September 1, 2009, the court issued an order to show cause (OSC) why Jack Tipton Holland should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment as a member of the State Bar of California pursuant to Rule 9.31, effective July 1, 2009.

     The OSC was mailed to Mr. Holland's address of record with the State Bar on September 2, 2009.  A written response was due on or before October 1, 2009.  No response to the OSC has been filed as of this date.

     The court now orders Jack Tipton Holland removed from the roll of attorneys authorized to practice before this court.  The clerk is directed to close the file.

     IT IS SO ORDERED.

                                   _____
                                   VAUGHN R WALKER
                                   United States District Chief Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


In the Matter of:

Jack Tipton Holland

Case Number: CV-09-80184 VRW

**CERTIFICATE OF SERVICE**

_____/


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jack Tipton Holland
3445 North 36th Street, Unit 51
Phoenix,   AZ 85018


Dated: November 16, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*